IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-71,906-01






EX PARTE JEROME THOMAS FUDGE, Applicant








ON APPLICATION FOR A WRIT OF MANDAMUS


FROM DALLAS COUNTY






 Johnson, J., filed a statement concurring in the denial of leave to file.



C O N C U R R I N G S T A T E M E N T




 Rule 72.1 of the Texas Rules of Appellate Procedure dictates that original applications for
writs of several kinds, including a writ of mandamus, must be accompanied by a motion for leave
to file. Applicant has failed to file such a motion with his application and, therefore, today this Court
denies leave to file his application for a writ of mandamus because of that failure. Our denial of 
leave to file is required by our rules and is in no way a comment on the merits of his application.


Filed: May 20, 2009

Do Not Publish